[No. 36369-7-I.    Division One.    February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAMES CHRISTOPHERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06059-3, Anthony P. Wartnik, J., entered April 3, 1995. *Reversed* by unpublished opinion per Agid, J., concurred in by Baker, C.J., and Webster, J.

[No. 36479-1-I.    Division One.    February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO V. MENA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06144-1, Donald D. Haley, J., entered May 8, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36502-9-I.    Division One.    February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH A. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-1-01055-1, David A. Nichols, J., entered March 27, 1995. *Reversed and remanded* by unpublished per curiam opinion.

[No. 36604-1-I.    Division One.    February 18, 1997.]

ESPRESSO AMERICA, INC., *Respondent*, v. KELLEY'S PERSONAL COMMUNICATIONS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-2-03014-1, Larry E. McKeeman, J., entered May 5, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Becker, J.